THE HONORABLE EDWARD F. SHEA

Stewart A. Estes, WSBA #15535
Kimberly J. Waldbaum, WSBA #31529
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Suite 4141
Seattle, WA 98104
(206) 623-8861

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

KYLE STIFFARM,

    Plaintiff

v.

CITY OF PULLMAN POLICE DEPARTMENT and ANDREW WILSON,

    Defendants.

No. CV 04-0414-EFS

STIPULATED PROTECTIVE ORDER REGARDING DOCUMENTS TO BE PRODUCED BY DEFENDANT CITY OF PULLMAN

## STIPULATION

COMES NOW Plaintiff, Kyle Stiffarm, and Defendants City of Pullman and Andrew Wilson, by and through their undersigned counsel of record, and stipulate as set forth below:

STIPULATED PROTECTIVE ORDER RE
DOCS TO BE PRODUCED BY CITY - 1
Cause No. CS-04-0214-FVS
U:\SHartlieb\sae\wcia04082\p-011306-stip prot order.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated this 17th day of January, 2006.

SNYDER & MARTONICK LAW OFFICES

_____
Steve Martonick, WSBA #32213
Attorneys for Plaintiff

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*Kimberly J. Waldbaum*
_____
Stewart A. Estes, WSBA #15535
Kimberly J. Waldbaum, WSBA #31529
Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that certain documents produced by Defendants in Response to Plaintiff's Second Interrogatories and Requests for Production, including use of force reports, documents relating to sustained complaints of misconduct by Andrew Wilson, and claims or reports made by Andrew Wilson relating to physical or psychological injuries suffered by him in the performance of his duties as a Pullman police officer, will be disclosed pursuant to the following provisions:

IT IS FURTHER ORDERED that the contents and/or existence of the aforementioned documents and files and any part thereof or therein shall not be disclosed in any manner or form to any person and/or entities other than the

STIPULATED PROTECTIVE ORDER RE
DOCS TO BE PRODUCED BY CITY -2
Cause No. CS-04-0214-FVS
U:\SHartlieb\sae\wcia04082\p-011306-stip prot order.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1   Dated this _____ day of _____, 2006.

2                           SNYDER & MARTONICK LAW OFFICES

3

4                           _____

5                           Steve Martonick, WSBA #32213
                            Attorneys for Plaintiff

6
                            KEATING, BUCKLIN & McCORMACK,
7                           INC., P.S.

8

9                           _____
                            Stewart A. Estes, WSBA #15535
10                          Kimberly J. Waldbaum, WSBA #31529
                            Attorneys for Defendants
11

12                              **ORDER**

13      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

14   certain documents produced by Defendants in Response to Plaintiff's Second

15   Interrogatories and Requests for Production, including use of force reports,

16   documents relating to sustained complaints of misconduct by Andrew Wilson,

17
     and claims or reports made by Andrew Wilson relating to physical or
18
     psychological injuries suffered by him in the performance of his duties as a
19
     Pullman police officer, will be disclosed pursuant to the following provisions:
20

21      IT IS FURTHER ORDERED that the contents and/or existence of the

22   aforementioned documents and files and any part thereof or therein shall not

23
     be disclosed in any manner or form to any person and/or entities other than the
24

STIPULATED PROTECTIVE ORDER RE
DOCS TO BE PRODUCED BY CITY -2
Cause No. CS-04-0214-FVS

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

parties, the parties' attorneys, experts retained by parties' attorneys, their staffs, and other individuals as specifically herein provided.

IT IS FURTHER ORDERED that the parties shall be allowed to use the aforementioned documents or information in depositions of Plaintiff, Defendants, and the parties' expert witnesses, or in consulting with any expert witness in this case, subject to the conditions of the Protective Order.

IT IS FURTHER ORDERED that counsel for the Plaintiff shall use all documents and information produced or disclosed pursuant to this Protective Order solely for purpose of preparation for a trial of this action. Under no circumstances shall Plaintiff and his counsel and experts disclose information or materials covered by this Order to anyone other than as provided in this Order. Nothing in this Order shall prohibit or restrict the Defendants from using these records in the normal course of their business.

IT IS FURTHER ORDERED that any expert receiving documents subject to this Order shall be provided with a copy of this Order and shall be required to keep said information confidential and shall assure that his or her staff keeps said information confidential.

IT IS FURTHER ORDERED that at the conclusion of this litigation, Plaintiff's counsel will retrieve and return to counsel for the Defendants all copies of all records and other documents produced by the Defendants

STIPULATED PROTECTIVE ORDER RE
DOCS TO BE PRODUCED BY CITY - 3
Cause No. CS-04-0214-FVS
U:\SHartlieb\sae\wcia04082\p-011306-stip prot order.doc

Keating, Bucklin & McCormack, Inc., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

pursuant to this Order, including those provided to expert witnesses, no later than thirty days from the date final order or judgment has been entered.

IT IS FURTHER ORDERED that all documents produced in discovery pursuant to this Order shall be labeled "Confidential-Subject to Protective Order."

IT IS FURTHER ORDERED that all documents produced pursuant to this Order shall be submitted under seal, and designated "Confidential-Subject to Protective Order."

IT IS FURTHER ORDERED that this Protective Order shall remain in full force and effect until such time as this Court modifies its terms or releases the parties from its provisions.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

DONE IN OPEN COURT this 30th day of January, 2006.

s/ Edward F. Shea
Honorable Edward F. Shea
United States District Court Judge

STIPULATED PROTECTIVE ORDER RE
DOCS TO BE PRODUCED BY CITY -4
Cause No. CS-04-0214-FVS
U:\SHartlieb\sae\wcia04082\p-011306-stip prot order.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*Kimberly J. Waldbaum*

Stewart A. Estes, WSBA #15535
Kimberly J. Waldbaum, WSBA #31529
Attorneys for Defendants

Approved as to Form:

SNYDER & MARTONICK LAW OFFICES

_____

Steve Martonick, WSBA #32213
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I electronically filed the foregoing Stipulated Protective Order Regarding Documents to be Produced by Defendant City of Pullman with the Clerk of the Court using the CM/ECF system to the following participant: Steve Martonick.

         s/Stewart A. Estes
         Stewart A. Estes, WSBA #15535
         Keating, Bucklin & McCormack, Inc., P.S.
         800 5th Avenue, Suite 4141
         Seattle, WA 98104
         (206) 623-8861 - phone
         (206) 223-9423 - fax
         sestes@kbmlawyers.com

STIPULATED PROTECTIVE ORDER RE
DOCS TO BE PRODUCED BY CITY - 5
Cause No. CS-04-0214-FVS
U:\SHartlieb\sae\wcia04082\p-011306-stip prot order.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1 | Presented by:

2 | KEATING, BUCKLIN & McCORMACK, INC., P.S.

5 | Stewart A. Estes, WSBA #15535
Kimberly J. Waldbaum, WSBA #31529
6 | Attorneys for Defendants

7 | Approved as to Form:

8 | SNYDER & MARTONICK LAW OFFICES

10 | _____
Steve Martonick, WSBA #32213
11 | Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing Stipulated Protective Order Regarding Documents to be Produced by Defendant City of Pullman with the Clerk of the Court using the CM/ECF system to the following participant: Steve Martonick.

s/Stewart A. Estes
Stewart A. Estes, WSBA #15535
Keating, Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, WA 98104
(206) 623-8861 - phone
(206) 223-9423 - fax
sestes@kbmlawyers.com

STIPULATED PROTECTIVE ORDER RE
DOCS TO BE PRODUCED BY CITY - 5
Cause No. CS-04-0214-FVS
U:\SH\srt\fieb\case\w0\a04082\b-011306-stip prot order.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-8175
PHONE: (206) 623-8861
FAX: (206) 223-9423