UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE STIFFARM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF PULLMAN and ANDREW WILSON,<br><br>　　　　　Defendant. | NO.  CV-04-0414-EFS<br><br>**ORDER OF DISMISSAL** |

Before the Court, without oral argument, is the parties' Stipulation for and Order of Dismissal (Ct. Rec. 152). Pursuant to the stipulation, the parties advise the Court that the above entitled matter has been fully settled and may be dismissed with prejudice and without assessment of costs or attorney's fees to any party. Accordingly, **IT IS ORDERED** the above-captioned matter is **DISMISSED with prejudice and without assessment of costs or fees**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, distribute copies to counsel, and close the file.

**DATED** this ___30th___ day of July 2007.

　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　UNITED STATES DISTRICT JUDGE

Q:\Civil\2004\0414.dismiss.wpd

ORDER OF DISMISSAL -- 1